# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                  Civil Action No. 5:15-cv-00193-SL

JOHN DOE, subscriber assigned IP address
75.179.29.14,

       Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 75.179.29.14.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  April 15, 2015

                                           Respectfully submitted,

                                           By:     /s/ *Yousef M. Faroniya*
                                           Yousef M. Faroniya
                                           yousef@YMFincorporated.com
                                           YMF Inc.: The Law Office of Yousef M. Faroniya
                                           84 S. 4th Street
                                           Columbus, OH 43215
                                           Phone: 614-360-1855
                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                         By: /s/ *Yousef M. Faroniya*
                                         Yousef M. Faroniya